# UNITED STATES DISTRICT COURT
## For The District Of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 MAR -5 A 11: 17

| | |
|---|---|
| __Jennifer Posteraro__ ) | |
| *Plaintiff* ) | |
| V. ) | Case No.   1:13-cv-00416-JL |
| __Citizens Financial Group et al__ ) | |
| *Defendant* ) | |

## NOTICE OF CHANGE OF ADDRESS

Jennifer Posteraro, pro se, files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., should be sent to:

18 Mast Road #3
Manchester, NH 03102

Respectfully Submitted,

Date:   March 3, 2015                               _____ pro se
                                                                     *Signature*

Jennifer Posteraro  pro se
*Printed Name*

18 Mast Rd #3
Manchester, NH 03102
*Address*

### Certificate of Service

I hereby certify that a true and correct copy of the Notice of Change of Address was conventionally served on Defendant's attorney, K. Joshua Scott at Jackson Lewis P.C., 100 International Drive, Suite 363, Portsmouth, NH 03801.

Date: March 3, 2015

Jennifer Posteraro pro se