UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carlos Alberto Prieto

   v.            Civil No. 14-cv-00514-JL

FCI Berlin, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 5, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: November 2, 2015

cc: Carlos Alberto Prieto, pro se
   Seth R. Aframe, AUSA